WILLIAM LIEBOWITZ, an Infant, etc., by KIEVA LIEBOWITZ, His Guardian.

ad Litem, Respondent, v. THE H. B. CLAFLIN CORPORATION, Appellant.—
Judgment and order reversed and new trial ordered, with costs to appellant
to abide event, on the ground that the verdict with respect to defendant's
negligence and plaintiff's freedom from contributory negligence is against
the weight of evidence.    Present — Clarke, P. J., Laughlin, Smith, Page and
Shearn, JJ.